SCOTT N. JOHNSON, ESQ., SBN 166952
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON

Plaintiff,

vs.

Susan Chan, Individually and d/b/a Animal Den; Lisa Chafee,

Defendants

Case No.: CIV.S 07-cv-02537-FCD-GGH

**ORDER FOR DISMISSAL OF SUSAN CHAN ONLY**

Complaint Filed: NOVEMBER 27, 2007

**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANT**

**IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, that Defendant (Susan Chan) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendant. Defendant (Susan Chan) is dismissed because Defendant is not a proper party to this action.

1 | Dated: January 3, 2008

/s/Scott N. Johnson_____
SCOTT N. JOHNSON
Plaintiff, In Pro Per

**IT IS SO ORDERED**.

Dated: January 3, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE